UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| JOHN RICARDO HARDWOOD | ) | Chapter 7 |
| FLOORS, INC. | ) | Case No. 15-10882-JNF |
| Debtor. | ) | |

**TRUSTEE'S MOTION FOR AUTHORITY TO SELL ASSETS
FREE AND CLEAR OF LIENS BY PRIVATE SALE**
[Substantially All Business Assets]

David B. Madoff, the Chapter 7 Trustee (the "Trustee") of John Ricardo Hardwood Floors, Inc. (the "Debtor"), hereby moves this Court, pursuant to Section 363 of the Bankruptcy Code, for authority to sell by private sale to John J. Ricardo or his assignee (the "Buyer"), the Debtor's business assets as listed on Schedule B (the "Business Assets"), free and clear of all liens, claims, interests and encumbrances. In support of this Motion, the Trustee states:

**Background**

1. On March 12, 2015 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code and the Trustee was appointed.

2. According to the Debtor's Schedule B, as of the Petition Date, the Debtor owned the Business Assets which had a value of approximately $5,133.00.

**Proposed Private Sale**

3. Pending Court approval, the Trustee has agreed to sell the Business Assets to the Buyer for the sum of $4,000.00 (the "Purchase Price") to be paid by bank check, certified check or money order, made payable to David B. Madoff, Chapter 7 Trustee.

5. The Buyer is not a disinterested person as defined by 11 U.S.C. § 101(14). The Buyer is the Debtor's principal.

### Sale Free and Clear of Liens

6. The sale of the Business Assets is to be made free and clear of all liens and other monetary interests in the assets. Accordingly, the Trustee requests that this Court order that any remaining liens in the Business Assets attach to or affect the proceeds of the sale to the same extent, and in the same order of priority, as each such interest now attaches to or affects the Business Assets, subject, in each case, to this Court's power to determine subsequently the validity, extent and priority of any liens, encumbrances or other interest.

### Counteroffers

7. The Trustee requests that any qualifying counteroffer for the Business Assets must equal or exceed $4,200.00, which is five percent over the Purchase Price, and must be made on the same or better terms and conditions as the agreement with the Buyer.

### Benefit to the Estate and Notice

8. The Trustee believes that the sale of the Property to the Buyer is a benefit to the estate and should be approved pursuant to Sections 363(b), 363(f)(1) and (2), and 363(h) of the Bankruptcy Code. The Trustee believes the Purchase Price is reasonable. The Purchase Price is likely to be greater than any amount that would be realized through a public auction. In addition, because the sale will be subject to counteroffers, a higher final sales price is possible.

9. Copies of this Motion have been served upon the United States Trustee, the Debtor and all parties that have requested notice of pleadings in this case. A copy of the Notice of Sale, attached hereto as Exhibit "A", shall be served on all creditors. The Trustee requests

that this Court find such service to be appropriate and sufficient notice in the particular circumstances.

    Respectfully submitted this 14th day of May, 2015.

    David B. Madoff, Chapter 7 Trustee

    By his attorneys,

    /s/ *Steffani M. Pelton Nicholson*
    David B. Madoff (BBO#552968)
    Steffani M. Pelton Nicholson (BBO#666470)
    MADOFF & KHOURY LLP
    124 Washington Street – Ste. 202
    Foxborough, Massachusetts  02035
    (508) 543-0040
    pelton@mandkllp.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| JOHN RICARDO HARDWOOD | ) | Chapter 7 |
| FLOORS, INC. | ) | Case No. 15-10882-JNF |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Steffani M. Pelton, hereby certify that on May 14, 2015, I caused copies of Trustee's Motion to Sell Assets Free and Clear by Private Sale [All Business Assets], to be served by United States first class mail, postage prepaid or by ECF, upon the following parties

**SERVICE LIST**

United States Trustee's Office
Thomas P. O'Neill Federal Bldg.
10 Causeway Street – Room 1184
Boston, MA  02222

Lawrence L. Hale, Esq.
128/ Main Street, Suite 7
Carver, MA 02330
(Debtor's Counsel)

Dated this 14th day of May, 2015

/s/  *Steffani M. Pelton Nicholson*
David B. Madoff (BBO#552968)
Steffani M. Pelton Nicholson (BBO#666470)
MADOFF & KHOURY LLP
124 Washington Street – Ste. 202
Foxborough, Massachusetts  02035
(508) 543-0040
pelton@mandkllp.com